FILED
 2010 Sep-14 PM 12:05
 U.S. DISTRICT COURT
     N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ANTHONY BROOKS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:09-cv-02531-KOB-PWG |
| | ) |
| JEFFERSON COUNTY JAIL, et al., | ) |
| | ) |
| Defendants. | ) |

## **MEMORANDUM OF OPINION**

The Magistrate Judge filed a Report and Recommendation on August 18, 2010, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted. No objections were filed by either party.[1]

Having carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation, the court is of the opinion that the Magistrate Judge's Report is due to be and is hereby ADOPTED and the Recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant

---

[1] The Report and Recommendation was mailed to the plaintiff at the Jefferson County Jail. On September 2, 2010, the mailing was returned to the court with a notation, "Not in Jail." The plaintiff has not notified the court of his current address.

to 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted.

A Final Judgment will be entered.

DONE and ORDERED this 14th day of September 2010.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE